NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RAYMOND D. IZQUIERDO,       )
DOC #K62414,                )
                            )
          Appellant,        )
                            )
v.                          )          Case No.  2D17-557
                            )                    2D18-1207
STATE OF FLORIDA,           )          CONSOLIDATED
                            )
          Appellee.         )
_____ )

Opinion filed February 8, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Collier County; Christine Greider, Judge.

Raymond D. Izquierdo, DOC #K62414,
pro se.

Ashley Brooke Moody, Attorney
General, Tallahassee, and Jeffrey H.
Siegal, Assistant Attorney General,
Tampa, for Appellee.

PER CURIAM.


          Affirmed.


LaROSE, C.J., and SALARIO and BADALAMENTI, JJ., Concur.